JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:    213.239.9800
Facsimile:    213.239.9045

SUSAN T. YE, CA Bar No. 281497
susan.ye@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
TESLA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN WILSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC., a corporation,<br><br>    Defendant. | Case No. 3:17-civ-03763-JSC<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>Judge:    Hon. Jacqueline Scott Corley<br>          Courtroom F, 15th Floor |

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD HEREIN:
3  PLEASE TAKE NOTICE that Susan T. Ye of Ogletree, Deakins, Nash, Smoak & Stewart,
4  P.C., is admitted or otherwise authorized to practice before this Court and hereby appears as
5  counsel of record, along with Jack S. Sholkoff, for Defendant TESLA, INC. herein.
6  PLEASE TAKE FURTHER NOTICE that Rachel R. Moroski is no longer with Ogletree,
7  Deakins, Nash, Smoak & Stewart, P.C., and should be removed as counsel of record for Defendant
8  TESLA, INC.

DATED:  June 21, 2018                    OGLETREE, DEAKINS, NASH, SMOAK &
                                         STEWART, P.C.


                                         By: /s/ *Susan T. Ye*
                                             JACK S. SHOLKOFF
                                             SUSAN T. YE
                                             Attorneys for Defendant
                                             TESLA, INC.

34575912.1