Alisa A. Martin, State Bar No. 224037
**AMARTIN LAW, PC**
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 308-6880
Facsimile: (619) 308-6881
alisa@amartinlaw.com

Lindsay C. David, State Bar No. 283267
**BRENNAN & DAVID LAW GROUP**
2888 Loker Avenue E., Ste 302
Carlsbad, CA 92010
Telephone: (760) 730-9408
Facsimile: (760)888-3575
lcdavid@brennandavid.com

*Attorneys for Plaintiffs and the Class*

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILSON, CARRIE HUGHES, AND KATIA SEGAL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TESLA, INC., a corporation dba TESLA MOTORS, INC., and TESLA MOTORS, INC., a corporation,<br><br>    Defendants. | Case No. 3:17-CV-03763-JSC<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: April 4, 2019<br>Time: 2:00 p.m.<br>Courtroom: Courtroom F - 15th Floor<br>Hon. Jacqueline Scott Corley |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 4, 2019 at 2:00 a.m., at the United States District Court for the Northern District Of California, located in Courtroom F on the 15th Floor at the

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1  San Francisco Courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102.
2  Plaintiffs move before the Honorable Jacqueline Scott Corley, for an order (1) granting final
3  approval of the class action settlement and (2) administrative costs.
4      This motion is based on this notice and motion, the supporting memorandum of points
5  and authorities, the declarations of Alisa A. Martin, all filed concurrently herewith, as well as the
6  pleadings on file in this action, and upon such other matters, evidence, and arguments as may be
7  presented to the Court before or at the hearing on this motion.

8  Dated: March 21, 2019           AMARTIN LAW, PC

9                                  BRENNAN & DAVID LAW GROUP

10                                 By: /s/ *Alisa A. Martin*
11                                       Alisa A. Martin

12

13                                 By: /s/ *Lindsay C. David*
                                      Lindsay David
14

15                               Attorneys for Plaintiffs and the Class

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served March 21, 2019, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsels who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first-class mail on this same date.

/s/ Alisa A. Martin