1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILSON, CARRIE HUGHES, AND KATIA SEGAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a corporation dba TESLA MOTORS, INC., and TESLA MOTORS, INC., a corporation,<br><br>Defendants. | CASE NO. 3:17-CV-03763-JSC<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1 | Having reviewed Plaintiffs' Administrative Motion to File Under Seal, the Court ORDERS
2 | that:
3 | Plaintiffs' Counsel's detailed billing records shall remain under seal.

Dated: _____    By: _____
                                      Hon. Jacqueline Scott Corley
                                      United States District Court Judge
                                      Northern District of California